IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY REID | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT ROZUM, et al. | : | NO. 08-1018 |

### ORDER

AND NOW, this 15th day of Aug., 2008, upon careful and independent consideration of the pleadings and record herein, and after review of the Report and Recommendation of Chief Magistrate Judge Thomas J. Rueter, it is hereby

**ORDERED**

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The petition for a writ of habeas corpus is DISMISSED; and
3. A certificate of appealability is <u>not</u> granted.

BY THE COURT:

ROBERT F. KELLY,                    J.